ACCEPTED
03-14-00547-CR
4045854
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/5/2015 6:37:30 PM
JEFFREY D. KYLE
CLERK

**Linda Icenhauer-Ramirez**

1103 Nueces, Austin, Texas 78701

Phone:  512-477-7991      Fax:  512-477-3580

E-Mail: ljir@aol.com

Attorney and Counselor at Law

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
2/5/2015 6:37:30 PM
JEFFREY D. KYLE
Clerk

February 5, 2015

Mr. Jeffrey Kyle, Clerk
Third Court of Appeals of Texas
P.O. Box 12547
Austin, Texas 78711

Re:  State of Texas v. Bryan Roland Chandler
     Court of Appeals Cause No. 03-14-00547-CR
     Trial Court Cause No. CR-12-0005, in the 428th District Court of Hays County, Texas

Dear Mr. Kyle:

This is to inform the court that I have been retained to act as the lead attorney in the representation of Mr. Bryan Roland Chandler, the appellee in this appeal.  Please put me down as counsel of record in this cause and notify me of all further action in this case.  Pursuant to Tex.R.App.Proc. 6.2, please find below my contact information:

Linda Icenhauer-Ramirez
Attorney at Law
1103 Nueces
Austin, Texas 78701
Phone: 512-477-7991
Fax: 512-477--3580
Email: ljir@aol.com
SBN: 10382944

Pursuant to Tex.R.App.Proc. 6.1(c), former lead counsel, S. Lynn Peach, is signing this letter, indicating that she is in agreement that I should be designated the lead counsel in this matter.

If you need any further information from me, please contact me.

Sincerely,

Linda Icenhauer-Ramirez

S. Lynn Peach, former lead counsel
SBN: 00792746

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above letter, Appellee Bryan Chandler's letter of representation, was e-served and e-mailed to Brian Clarke Erskine of the Hays County District Attorney's Office on this the 5th day of February, 2015.

/s/ Linda Icenhauer-Ramirez
LINDA ICENHAUER-RAMIREZ